07 C 7128

Case 1:07-cv-07128   Document 1-2   Filed 12/18/2007   Page 1 of 1

**FILED**
**DECEMBER 18, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**JUDGE GRADY**
**MAGISTRATE JUDGE MASON**

**U.S. Department of Justice**
Immigration and Naturalization Service

## Naturalization Interview Results

A#: 046964601

On 12-6-07, you were interviewed by INS Officer Jones

- [x] You passed the tests of English and U.S. history and government.
- [ ] You passed the test of U.S. history and government and the English language requirement was waived.
- [ ] The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

- [ ] You will be given another opportunity to be tested on your ability to _____ speak / _____ read / _____ / write English.
- [ ] You will be given another opportunity to be tested on your knowledge of U.S. history and government.

- [ ] Please follow the instructions on the Form N-14.
- [ ] INS will send you a written decision about your application.

- [ ] You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. INS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) ____✓____ A decision cannot yet be made about your application.

**It is very important that you:**
- ✓ Notify INS if you change your address.
- ✓ Come to any scheduled interview.
- ✓ Submit all requested documents.
- ✓ Send any questions about this application in writing to the officer named above. Include your full name, A-number, and a copy of this paper.
- ✓ Go to any oath ceremony that you are scheduled to attend.
- ✓ Notify INS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

*Pending name check clearance, you were issued a letter explaining Name check.*

N-652 (Rev. 03-31-00)Y