**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MAHTAB AKHTAR**, | ) | |
| File No. 046-964-601, | ) | |
|     Plaintiff, | ) | CASE NO. 07 CV 7128 |
| | ) | |
| v. | ) | |
| | ) | JUDGE GRADY |
| **MICHEAL MUKASEY,** U.S. Attorney General | ) | |
| Department of Homeland Security | ) | |
| **EMILIO T. GONZALES**, Director of U.S., | ) | |
| Citizenship & Immigration Services, | ) | |
|     Defendant. | ) | |

**NOTICE OF DISMISSAL OF COMPLAINT**

NOW COMES Plaintiff, Mahtab Akhtar, by and through his attorneys, Bonita B. Hwang Cho, Cheng, Cho & Yee, P.C., and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, voluntarily dismisses his complaint filed herein. In support thereof, he states as follows:

1. The Defendant has not yet filed or served an answer or any other pleading in this matter.

Respectfully submitted,


s/ Bonita B. Hwang Cho

Bonita B. Hwang Cho
Cheng, Cho & Yee, P.C.
Attorneys for Plaintiff
134 N. LaSalle, Ste. 1618
Chicago, IL 60602
(312) 853-3088
bcho@lawyersimmigration.com

## CERTIFICATE OF SERVICE

  I, Bonita B.H. Cho, the attorney, hereby certify that on the 11th day of March, 2008, a Notice of Dismissal was served to:

Stacey Desi
Assistant U.S. Attorney
Northern District of Illinois
Suite 500
219 South Dearborn
Chicago, Illinois 60604

s/ Bonita B. Hwang Cho
Attorney for Plaintiff
Bonita B. Hwang Cho
Cheng, Cho & Yee, P.C.
134 N. LaSalle, Suite 1618
Chicago, IL 60602
(312) 853-3088
bcho@lawyersimmigration.com